UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEREE WELLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1073** |
| **WARDEN ROLAND LADREYT, ET AL.** | **SECTION: "F"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion for leave to file a supplemental memorandum in support of their motion to dismiss, Rec. Doc. 15, is **DENIED**.

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss, Rec. Doc. 6, is **GRANTED** and that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 24th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE